UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONI SANTAMARIA,<br><br>                      Plaintiff,<br><br>-against-<br><br>VEE TECHNOLOGIES, INC.,<br><br>                      Defendant. | 22-cv-4472 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

On September 1, 2023, Defendants filed a premotion letter regarding Defendants' anticipated motion for summary judgment. *See* ECF No. 33. The parties should meet and confer regarding a briefing schedule for Defendants' motion for summary judgment and jointly file a proposed schedule no later than **September 15, 2023**.

SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge