

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Gary Moy
212.471.4479 direct
gmoy@littler.com

October 25, 2023

**<u>VIA ECF</u>**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **<u>Toni Santamaria v. Vee Technologies, Inc.,</u>**
No. 22 Civ. 4472 (AS)

Defendants' request is GRANTED.
The Clerk of Court is directed to
terminate the motion at ECF No. 46.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 26, 2023

Dear Judge Subramanian:

I am an attorney at Littler Mendelson, P.C. representing Defendants Vee Technologies, Inc. and Patrick O'Malley ("Defendants") in the above-referenced matter.  The undersigned writes to respectfully request that the Court grant *nunc pro tunc* Defendants leave to submit the exhibits and accompanying declaration in support of their motion for summary judgment on October 24, 2023.

Pursuant to the briefing schedule adopted by the parties and endorsed by the Court, Defendants on October 23, 2023 filed Defendants' Notice of Motion, 56.1 Statement, and Memorandum of Law in Support of Their Motion for Summary Judgment (ECF Nos. 42, 43, 44). However, the undersigned experienced technical difficulties with reducing exhibit file sizes and uploading the exhibits cited in Defendants' 56.1 Statement and Memorandum of Law to the ECF system.  As such, the undersigned required the assistance of litigation support staff to submit the exhibits on October 24, 2023 (ECF No. 45)

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Gary Moy

Cc: Counsel of record (via ECF)