UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONI SANTAMARIA,<br><br>                      Plaintiff,<br><br>-against-<br><br>VEE TECHNOLOGIES, INC., and PATRICK O'MALLEY,<br><br>                     Defendants. | 22-cv-4472 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Despite indicating that this case has been settled, the parties have not yet filed a stipulation of dismissal. The parties should do so no later than **July 10, 2024, at 12 PM**. If the parties fail to file a stipulation of dismissal, they must appear for the final pretrial conference, scheduled for July 11, 2024, at 4 PM.

      SO ORDERED.

Dated: July 8, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                               United States District Judge